| | |
|---|---|
| 1 | Sean C. Ferry (SBN 310347) |
| 2 | sferry@rasflaw.com |
| 3 | ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLP |
| 4 | 350 10th Ave., Suite 1000 |
| 5 | San Diego, CA 92101 |
|   | Telephone: (561) 241-6901 ext. 2036 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re

**The updated address information shown below applies to the bankruptcy cases and adversary proceedings appearing on the attached list.**

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE** the address of Sean C. Ferry has changed. The new address is:

> Robertson, Anschutz, Schneid & Crane LLP
> 350 10th Ave., Suite 1000
> San Diego, CA 92101

Please update your records accordingly.

Date: December 1, 2020

/s/ Sean C. Ferry
_____
Signature

| Case No. | Debtor(s) |
|---|---|
| 11-33792 | Frank Edward Lembi |
| 12-31591 | Maria Aurora G Gregorio |
| 12-41295 | Shane Danielle Thomas-Williams and Andre Jevon Williams |
| 13-32427 | Paula Marie Bruce |
| 13-52321 | Beverly Hardina Shepard and Leon Benwar Shepard |
| 14-11696 | Sharon Sudduth-Fusi |
| 14-11748 | Stephen D Smith and Judy L Schmidt |
| 14-30921 | Attila Danku |
| 14-31456 | Kamila Susan Harkavy |
| 14-31797 | Alfonso E. Nevarez, Sr. |
| 14-44436 | Oscar M Diaz and Ana D Diaz |
| 14-54601 | Mark Darrell Garriga and Debra Kaye Garriga |
| 15-10160 | Darren A Welter and Cyndi S Welter |
| 15-10311 | Frans Terlouw and Irene Terlouw |
| 15-10664 | Nancy Schempf |
| 15-10698 | Christine Melton |
| 15-10713 | Stephen Roger Pehargou |
| 15-11156 | Ronald Leslie Williams and Julie Ann Williams |
| 15-11259 | Melina Caroline Bartlett |
| 15-30337 | Evelyn Maria Rodriguez |
| 15-30411 | Faustino Ortiz |
| 15-30492 | Diosdado Lundang Macaraeg, Jr. and Nina Merced C. Macaraeg |
| 15-30535 | Stylianos Stavropoulos and Spiridoula Stavropoulos |
| 15-30565 | Jessie Jay Bondoc and Maryanne Quintos Bondoc |
| 15-31100 | Estes U. David and Nancy D. David |
| 15-31500 | Marlene Paiso and Harold Harbort |
| 15-41118 | Kevin James Brandenburg and Yvonne Renee Brandenburg |
| 15-41742 | Marco Torres and Edith Romo |
| 15-41769 | Gregg Alan Young |

| Case # | Debtor(s) |
|---|---|
| 15-41945 | Maria Fuentes |
| 15-42174 | Stacy Thayer |
| 15-42202 | Eula Mae Perine |
| 15-42235 | Nora Irma Rios Reddick |
| 15-42275 | Evin Jacob Aderman and Tara Lynn Aderman |
| 15-42523 | Kamau A. Edwards |
| 15-42723 | Susan Frances Nelson |
| 15-42804 | Tanya M. Johnson |
| 15-42838 | Kristin Amber Deurloo |
| 15-42920 | Jaime Moises Padilla |
| 15-42954 | Michelle Marie LaBarbera |
| 15-42965 | Carol L. Duncan |
| 15-42981 | Mark A. Harris and Nina Elaine Harris |
| 15-42985 | Ruben Lopez Barba and Jeannette Del Rosario Lopez |
| 15-43045 | Irene Lincoln |
| 15-43160 | Abraham Dypiangco Chua |
| 15-43528 | Andrea Denice Lego |
| 15-43538 | Robert Clark Patrizi and Belinda Ann Patrizi |
| 15-43550 | Brad A Hurst and Monica M Hurst |
| 15-43629 | Maria Luisa Pardo |
| 15-43906 | Lance Michael Turner and Diane Carol Turner |
| 15-43913 | John Wayne Rivers and Lynda Joy Rivers |
| 15-50174 | Robert David Gain |
| 15-50655 | Marcial Anthony Olivares and Sylvia A Olivares |
| 15-50862 | Valentin Lawrence Martinez and Maria Christina Martinez |
| 15-51031 | Rigoberto A Yanez and Yanet I Yanez |
| 15-51276 | Humberto Garcia and Tania Angela Garcia |
| 15-51326 | Adam Mendolla, Jr. and Tara Marie Mendolla |
| 15-51440 | Paul Cova, Jr. and Wannette Jane Cova |

| | |
|---|---|
| 15-51451 | Jeffrey Mark Mercurio and Peiyu Tsai |
| 15-51959 | Gustavo O Palacios and Emma H Palacios |
| 15-51962 | Lisa M. Provenzano |
| 15-51984 | Tracey Ayala |
| 15-52047 | Juan Armando Huato and Elizabeth Jimenez |
| 15-52145 | James Stuart Favela |
| 15-52172 | Marco Kason |
| 15-52382 | Rafael Alamilla Morales and Sonia Connie Avitia |
| 15-52489 | Jose Maria Oropeza and Elvira Oropeza |
| 15-52581 | Brenda Wolfe |
| 15-52609 | Kenneth John Cortez, Jr and Ruth Cortez |
| 15-52836 | Maria Elena Lopez |
| 15-52904 | William B. Look, Jr. |
| 15-53144 | Jose T. Pio and Yolanda Pio |
| 15-53556 | Salvador Espinoza and Oliva Espinoza |
| 15-53773 | Kambiz Karimi |
| 15-53873 | Donald James Wilson and Cheryl Ann ToffWilson |
| 15-53893 | Hassan Salarian |
| 15-54081 | Isidoro Hernandez Diaz and Maria Angelita Diaz |
| 16-10555 | Thomas James Butler, Sr |
| 16-10663 | Constance Burtnett |
| 16-10762 | Tommie J. Munoz |
| 16-11039 | Wayne Eric Wright and Rhonna Yvonne Wright |
| 16-30042 | Angie R Cheatham- Sanders |
| 16-30145 | Carlos A Funes |
| 16-30291 | Paul J. Araya |
| 16-30597 | Ester Devora |
| 16-30751 | Isidoro Lares and Gabriela Ibarra De Lares |
| 16-30797 | Yvonna Maria Staben |

| | |
|---|---|
| 16-30894 | Wilber Guillermo Flores and Iris Azucena Flores |
| 16-30951 | Charito B. Capitana |
| 16-31316 | Daniel Comaroto, II and Karen R Comaroto |
| 16-40056 | Adnan Kawooya |
| 16-40214 | Dinah Gertie Pelaez |
| 16-40252 | Armando Bosco Pacheco and Patricia Linda Pacheco |
| 16-40290 | Gary W. Drake |
| 16-40577 | Alicia Carol Butler |
| 16-40958 | Carmen Breen |
| 16-41120 | Jonathan C Hayter and Sandryna F Hayter |
| 16-41335 | Teresa Deguzman Devera |
| 16-41439 | Marvin McElroy, Jr. and Patrice Monique McElroy |
| 16-41486 | Ellen Agyeman Manu-Bimpeh |
| 16-41529 | Roger James Hart and Rubina Hart |
| 16-41654 | Jacqueline S. Arase |
| 16-41678 | Xuhui Jiang |
| 16-41856 | John Edward Hielckert and Rhonda Michelle Hielckert |
| 16-41862 | Elijah Ndundah Mutuku |
| 16-41989 | Miguel Medina Munoz and Angelica Munoz |
| 16-42014 | Julio Ernesto Ramos Garcia |
| 16-42063 | Bart James Whitehead and Anne Christina Whitehead |
| 16-42108 | Michael Dino Barrera |
| 16-42378 | Mavis F. Franklin |
| 16-42415 | Teresa Gonzales |
| 16-42527 | Kathleen Margaret Patterson |
| 16-42704 | Barry John Minor |
| 16-42894 | Booker Tallifane Baker, Jr. and Deborah Jean Baker |
| 16-50099 | Khalil A. Khishen |
| 16-50130 | Rosy D. Doctolero |

| | |
|---|---|
| 16-50143 | Francisco Tzintzun and Ana Tzintzun |
| 16-50213 | Christopher James Todd |
| 16-50540 | Elpidio Bugayong, Jr. and Patricia Elva Bugayong |
| 16-50551 | Carlos Cardenas and Maria Alberta Cardenas |
| 16-50735 | Daniel Samano Perez and Judith Godinez |
| 16-50768 | David Joe Rodriguez, Sr. and Michelle Antoinette Rodriguez |
| 16-50812 | Juan Sanchez Torres and Luz Maria Torres |
| 16-50842 | Frank Al Vargas |
| 16-50884 | Expedito Magabo Biagtan and Ma Olympia Garcia Biagtan |
| 16-50950 | Lorenzo Escobedo, Sr. |
| 16-50955 | Rogelio Jr. Villa, Jr. and Eliana Reynaga |
| 16-50987 | Priscila Forteza-Evangelista |
| 16-51404 | Tam T. Nguyen and Jazzy L. Nguyen |
| 16-51472 | Lawrence Martin Kozlowski and Dolores Ann Kozlowski |
| 16-52154 | Elizabeth Lopez |
| 16-52268 | Gregory A Del Carlo and Tracy L Del Carlo |
| 16-52455 | Kathleen Dumas |
| 16-52605 | Susan Elaine Bradley |
| 16-52705 | Edward P Gnat and Kelly A Gnat |
| 16-52930 | Janice Lynn Martinez |
| 16-52968 | Elena Urbina |
| 16-52994 | Manuel Eduardo Fernandes and Maria Carmina Fernandes |
| 16-53034 | Nelson Villianueva Reyes |
| 16-53191 | David Hernandez-Perez |
| 16-53217 | Mark C. Bingham |
| 16-53271 | James Nannie and Delia Nannie |
| 16-53464 | Anthony John Grey, Jr and Purificacion De Guzman Grey |
| 16-53480 | Jennifer Janine Gottheiner |
| 16-53510 | Teresa Jean Moore |

| | |
|---|---|
| 16-53563 | Hedayat Barnia |
| 17-10146 | Cheryl Ann Martinez |
| 17-10301 | Renee Anne Whitlock-Hemsouvanh |
| 17-10364 | Dyrk Jeffrey Boylan |
| 17-10522 | Bjorn Remmers and Willa Remmers |
| 17-10690 | Paul B. Johnstone and Lavonne R. Johnstone |
| 17-10725 | Lorene Kay Reed |
| 17-10828 | Floyd E. Squires, III and Betty J. Squires |
| 17-10855 | Michael P Hampton and Pamela T Hampton |
| 17-30092 | Mario J. Santos |
| 17-30443 | Jairo Alonso Gil Mercado and Luz Angela Garcia Lopez |
| 17-30530 | Alejandro Guillermo Verzosa |
| 17-30567 | Lucia Santos Dela Rosa |
| 17-30696 | Virginia Menera |
| 17-30756 | Enrique Huerta Flores |
| 17-30817 | Ricardo Ortega and Yolanda Ortega |
| 17-31089 | Dion Roberts |
| 17-31115 | Vincent Jamal Camp |
| 17-40148 | Indalecio Vazquez |
| 17-40173 | Emilio G Devera |
| 17-40184 | Harvinder Singh |
| 17-40212 | Luis Manuel Torres |
| 17-40224 | Elizabeth Autumn Lawrence |
| 17-40346 | William Gary Hill, Jr. and Peggy Robin Hill |
| 17-40381 | Giovanni Palominos Acuna and Norma Irene Palominos |
| 17-40445 | Marshall Adrian Johnson |
| 17-40521 | Karen Seneferu |
| 17-40539 | Allen Talton, Jr. and Marie J. Rohner |
| 17-40610 | Francisco Napenas Mendoza and Vianney Apalisok Mendoza |

| Case # | Name |
|---|---|
| 17-40677 | Roberto Villamar Gaytan and Teresa Rodriguez |
| 17-40709 | Henry Albert Evans and Maria C. Evans |
| 17-40795 | Martin Ellis Fetsch and Cynthia Avina Fetsch |
| 17-40824 | Guadalupe Maria Carrera |
| 17-40847 | Henry Lee Perkins |
| 17-41099 | Teresa Charles |
| 17-41252 | Bong M We |
| 17-41353 | Miguel Angel Duran Valencia |
| 17-41452 | Michael Patrick Daley |
| 17-41472 | Thomas Edward Turner |
| 17-41665 | Guadalupe Munoz |
| 17-41758 | Lloyd Anthony Cunningham |
| 17-41776 | Benjamin G. Brillo and April L. Martin-Brillo |
| 17-41783 | Roberto Soto and Lupe I. Soto |
| 17-41848 | Jaime Ibarra |
| 17-41977 | Rafael A. Villalobos, Sr. and Alma L. Villalobos |
| 17-41993 | David Arquimedez Reyes and Ondina Jaime Reyes |
| 17-42037 | Corlis Cassandra Markham |
| 17-42050 | Estella Drati |
| 17-42051 | Karl Franklin Nickola and Adrienne Nickola |
| 17-42095 | Dialisa Moffett |
| 17-42197 | Valdemar Nava |
| 17-42251 | Renee Pettus-Addison |
| 17-42294 | Charise L TillmanWilliams |
| 17-42327 | Salvador Gomez and Norma Maria Gomez |
| 17-42351 | Susan Marie Bragg |
| 17-42360 | Jose O Padilla and Merced T Padilla |
| 17-42505 | Edward Chavolla and Linda Marie Chavolla |
| 17-42542 | Edgar Manuel Venegas and Nora Adriana Venegas |

| | |
|---|---|
| 17-42626 | Russell R LaClair and Janet Marie LaClair |
| 17-42665 | Jaime Alvarez |
| 17-42696 | Mario Alberto Rodriguez and Christi Andronico Rodriguez |
| 17-42828 | Francisco Javier Godinez |
| 17-43041 | Twila McEachin Lankford |
| 17-50067 | Judy Tamayo |
| 17-50070 | Carlo S Delos Reyes and Zora Echare Noarbe |
| 17-50097 | Sydney E. Henderson |
| 17-50342 | Joseph Loeffler and Olga Loeffler |
| 17-50833 | Leslie J. Isralow |
| 17-50935 | Rodolfo Tovar |
| 17-50941 | Jocelyn Pascual Leon |
| 17-50972 | Joseph Raymond Rendon and Marian Carmen Rendon |
| 17-51118 | Jose Luis Munoz and Kari Lee Munoz |
| 17-51155 | Terry A Currence and Ruthann Currence |
| 17-51359 | Erwin D'Nard Henderson and Amanda Lee Henderson |
| 17-51549 | Esteban Valdez Macias and Gina Louise Macias |
| 17-51590 | Arnulfo Lua Diaz |
| 17-51702 | Kenneth Souza and Patricia L Souza |
| 17-51714 | Theresa Calvert |
| 17-52003 | Joshua David Clendenning |
| 17-52147 | Abella Cabanayan and Venancio Cabang Cabanayan |
| 17-52239 | Louise Shields |
| 17-52803 | Brian Lee Green and Rachel Guadalupe Green |
| 17-52941 | Andrea Capito |
| 17-53083 | Ramiro Moran |
| 18-10280 | Martha Manzo |
| 18-10317 | Jewel A. Chomicki-McGuiness |
| 18-10375 | Marc Donald Hoaglund and Sheryl Ann Hoaglund |

| | |
|---|---|
| 18-10482 | Evette Frances Minor and Kevin Cortez Minor |
| 18-10549 | Bart Lee Drescher |
| 18-10687 | Columbia G Bolacito |
| 18-10705 | Barbara L. Schermerhorn |
| 18-10768 | Henry Earl Maxwell, Jr. |
| 18-10810 | Kapila Ambrosios P. Phoenix |
| 18-30192 | Candido U Rodriguez |
| 18-30211 | Lourdes Maria Garcia |
| 18-30241 | Numeriano Cantor Talay |
| 18-30911 | Richard G. Downer |
| 18-31074 | Joseph Santos Cruz and Clavel Miranda Cruz |
| 18-31117 | Augusto P. Pineda, Jr. |
| 18-31177 | Joel F. Pingul and Adelina Q. Pingul |
| 18-31246 | Arlene Joy Keel |
| 18-31314 | Bonita Gail Barfield |
| 18-31346 | Mark E. Gronke |
| 18-40145 | Eli Deleston |
| 18-40163 | Leonardo J. Narito |
| 18-40352 | Cecilia Anita Franklin |
| 18-40433 | Paul Michael Maheu |
| 18-40499 | Jose David Rodriguez Gonzalez |
| 18-40510 | Julio Armando Cisneros and Georgia Marie Cisneros |
| 18-40665 | LaShaundra Nicole White |
| 18-40792 | Donald Homer Posey,, Jr. and Love Louise Posey |
| 18-40960 | Leonora S Henry |
| 18-40969 | Marjorie Nell Barnes |
| 18-41130 | Timirise Solayman |
| 18-41143 | Darryl Arlando Smith |
| 18-41366 | Deadra M. Heard |

| Case No. | Name |
|---|---|
| 18-41425 | Javier S. Alcala, Sr. and Rebecca D. Alcala |
| 18-41626 | Beverly Ann Davis-Johnson |
| 18-41778 | Adrian Laron Boone, Sr. |
| 18-41838 | Michael Anthony Mannina |
| 18-41843 | Sheila Elaine James |
| 18-41960 | Tracy Lynne Dickson |
| 18-41999 | Farid Dormishian |
| 18-42016 | Gwendolyn Grant |
| 18-42022 | Diosdado Danga Rodriguez and Marites S Rodriguez |
| 18-42083 | Russell Christopher Downs and Jorene Cathren Downs |
| 18-42132 | Susanna Danino and Esteban Ricardo Danino |
| 18-42188 | Shirley Ann Lamarr |
| 18-42199 | Cynthia A. Fenton |
| 18-42204 | Anna C Alonzo |
| 18-42347 | Ramon Fuentes and Sara Fuentes |
| 18-42360 | Katrina D. Johnson |
| 18-42400 | Kevin William Curry and Palmenia Alejandra Curry |
| 18-42626 | Andre A. Clark and Ernestra Clark |
| 18-42682 | Mary T. Nunn |
| 18-42783 | Angelina F. Martinez |
| 18-42845 | William George Davidson, III |
| 18-42849 | Maria Isabel Paez |
| 18-42919 | Remely Castanar Fabro |
| 18-42930 | Andrew Edward Camera |
| 18-42977 | Rene Henri Monchatre |
| 18-50175 | Koichi Shuraku |
| 18-50349 | Yesenia Perez Casas |
| 18-50644 | Amy Cathleen Romayor |
| 18-50721 | Virginia Vidallon Tulio |

| | |
|---|---|
| 18-50818 | Anthony Lewis Powell |
| 18-50844 | Josephine Ruiz |
| 18-51006 | Liz Bonenberger Gonzalez |
| 18-51070 | Hoseung Terry Lee and Sohye Park |
| 18-51084 | Melody April Canales |
| 18-51230 | Sherman Sterling Wright and Kathaline Ann Wright |
| 18-51260 | Modesta Latagan Valera |
| 18-51286 | Christine Lorri Hustedt |
| 18-51491 | Ronald Antivo Mirador |
| 18-51507 | Mercedes Reyes |
| 18-51510 | Christina Mejia Garcia |
| 18-51577 | Alex Bedolla |
| 18-51690 | Louie Granados and Sally Celia Granados |
| 18-51883 | Leeanna Dodson Martinez |
| 18-51968 | Anna Alderete |
| 18-52115 | Maria Luisa D. Diaz and Rolando Claudio Diaz |
| 18-52127 | A C Smith and Yoshimi Kobayashi Miyazaki |
| 18-52142 | Kerry Johnson and Rosemarie Johnson |
| 18-52256 | Habte John Haile and Eden Ghebrai |
| 18-52313 | Daryl A. Ellis and Opal P. Ellis |
| 18-52417 | Pastor Ruiz-Nunez and Nelida Ruiz |
| 18-52439 | David Jones and Jennifer Jones |
| 18-52522 | Maria Jocelyn Obille Baxter and Michael Lewis Baxter |
| 18-52691 | Donald Erik Prieto |
| 18-52721 | Matthew Lu |
| 18-52795 | Audrey O'Neal |
| 18-52857 | Gilberto Sabalza Suarez |
| 19-10026 | Norman Grant and Norma Jean Grant |
| 19-10037 | Daniel Patrick Ferguson and Jessica Dawn Ferguson |

| Case Number | Name |
|---|---|
| 19-10072 | Glen Lee Johnson |
| 19-10204 | Andrew Paul O'Brien |
| 19-10490 | Maria Teresa Amador |
| 19-10526 | Roland Helmut Rathner and Christine M Wilson |
| 19-10604 | Gregory Phillip Clementi and Ann Marie Clementi |
| 19-10627 | Christine A. Bennett |
| 19-10722 | Ronald Joe Barton and Barbara Ann Barton |
| 19-10850 | Vincent Curtis Cottman |
| 19-10857 | Reynaldo Hernandez Piedra and Elizabeth Gonzalez De Piedra |
| 19-10896 | Liam Trevor Kidd |
| 19-30017 | Wagner Asuncion Verador and Mercedita Dumlao Verador |
| 19-30101 | Barry P. Sgarrella |
| 19-30156 | Natalie Cedeno |
| 19-30167 | Ezio Caraceni and Courtney Elizabeth Devore Caraceni |
| 19-30305 | Aisea T. Uhila |
| 19-30400 | Ihsan Sabri Ozun and Toni Hastings Ozun |
| 19-30554 | Virgilio Mendoza Malunay |
| 19-30625 | Jeffrey E DeWeese |
| 19-30742 | Linda Christine Thorson |
| 19-30864 | Karen Rachel Heinz |
| 19-30868 | Danika Micaela Gutierrez |
| 19-30892 | Ronald Alexander Jacamo and Mariela Jacamo |
| 19-30919 | Charlotte Baker Weinert |
| 19-30984 | Zachary Caleb Boewer |
| 19-30985 | Vicente B Banez |
| 19-31096 | Mary Jessie Correa |
| 19-31126 | Dolores Ann Valdeolivar and Rene Efren Valdeolivar |
| 19-31133 | Bonnie T. White |
| 19-31170 | Bradley H. Fritz |

| | |
|---|---|
| 19-31186 | Marife Cayco-Oliva |
| 19-31256 | Gavin P. San Diego and Eileen M. San Diego |
| 19-31260 | Caroline Esther Aebi |
| 19-40195 | Waldo Moncada and Hermila Moncada |
| 19-40306 | Donna Marie Herndon |
| 19-40399 | Fred Harris and Eujeania Louise Harris |
| 19-40400 | Christopher LaLanne and Maribel LaLanne |
| 19-40427 | Theresa M. Alexander |
| 19-40447 | Robert Donald Stopforth |
| 19-40574 | Kevin Michael Parker and Eileen Ann McBride-Parker |
| 19-40641 | Sean Fishel and Michele Kaarina Fishel |
| 19-40648 | Renwicke Troy Vittito, Sr. |
| 19-40829 | Yvette Richardson |
| 19-41015 | Barbara A. Sumler |
| 19-41130 | Laureen D. Arnold |
| 19-41257 | Camilo Dudley Obana, Jr. |
| 19-41329 | Gerardo Ruiz Acosta |
| 19-41339 | Toni Sue Bullard |
| 19-41397 | Juan Loera and Marina Loera |
| 19-41415 | Juan Roberto Banuelos and Leticia Banuelos |
| 19-41451 | Tangela Menzise |
| 19-41550 | Tanya Lashon King |
| 19-41597 | Henry Bradford Nobles |
| 19-41846 | Cassandra Latrice Moore |
| 19-41900 | Hattie Pearl Lewis |
| 19-41902 | Mark Deslate Aujero and Olivia Victoria Aujero |
| 19-41906 | Robin Lee Bell |
| 19-42033 | Loisi Anau Takapu |
| 19-42054 | Crystal B. Capser |

| | |
|---|---|
| 19-42094 | Pavlik Dzhabiev |
| 19-42164 | Paul B. O'Hagan |
| 19-42165 | Emmie Dell Reed |
| 19-42210 | Julie Carmen Torres |
| 19-42240 | Jessica Ann Threat |
| 19-42287 | David Anthony Wills |
| 19-42320 | Jose Osbaldo Cortti and Lori Ann Cortti |
| 19-42398 | David Merril Bush and Lesly Sue Bush |
| 19-42438 | Lu-Vivia Kay Louis-Mustafa |
| 19-42539 | Dewayne Jay Aydelott and Aileen Marie Aydelott |
| 19-42582 | Kecia Lynette Johnson |
| 19-42696 | Darshan Singh |
| 19-42703 | Donabel Valdefiera Vides |
| 19-42730 | Whittona Martha Jones |
| 19-42747 | Helen Virginia Moore |
| 19-50005 | Barry Lewis Lombardi |
| 19-50083 | Ovideo Sainz, Jr |
| 19-50174 | Aida Elizabeth Charlton |
| 19-50194 | Patricia Porraz |
| 19-50229 | Derrick Campbell |
| 19-50303 | Mark Doyle and Theresa Doyle |
| 19-50304 | Velia Guajardo-Codiga and Paul Louis Codiga |
| 19-50377 | William Louis Fleischer, Jr. |
| 19-50493 | Miguel Venegas Marquez |
| 19-50537 | Giovanni Pennisi |
| 19-50675 | Laura Atsuko Miyazaki |
| 19-50712 | Patricia Elaine Garrett |
| 19-50879 | Brigitte Jacqueline Voutos |
| 19-50906 | John Salsedo and Rita Salsedo |

| Case No. | Name |
|---|---|
| 19-50978 | Michelle Linne Brooks |
| 19-51031 | Rustin C. Fossum |
| 19-51249 | Bradley D. Weight and Alexandra K. Weight |
| 19-51286 | Alan Jay Kuykendall and Kimberly Ann Kuykendall |
| 19-51348 | Dennis Michael Sullivan |
| 19-51376 | Priscilla Zarceno |
| 19-51427 | Efrain Serrano Manzanares and Nora Marlena Manzanares |
| 19-51482 | John David Pancallo, Jr. |
| 19-51573 | Jennifer Galon |
| 19-51690 | Jose Lopez Gomez |
| 19-51882 | Noel Valencia Aspiras and Jennette Ilagan Aspiras |
| 19-51889 | Brianna Griffith |
| 19-51901 | George F. Sarkissian |
| 19-51932 | Raymond Ruiz and Annabel Tomacder-Ruiz |
| 19-52029 | Joey Frederick Saia |
| 19-52065 | Al Mokhtari and Fatemeh Behzadpour |
| 19-52090 | Robert Allen Weindorf |
| 19-52218 | Hortencio Fernando Garibay and Maria U Garibay |
| 19-52226 | Ramon Victor Ramos |
| 19-52228 | Patricia Balanzar Galeana |
| 19-52311 | Timoteo Tapia Gomez |
| 19-52375 | Elizabeth Carolina Torres |
| 19-52505 | Richard Ervin Rumsey |
| 20-10002 | Justin Randolph Cozad |
| 20-10052 | John Leroy Syfert, Jr. |
| 20-10099 | John H. Laster, Jr. |
| 20-10326 | Eugene T Potter and Angelina J Potter |
| 20-10386 | Anthony Christian Vaccaro |
| 20-10413 | Julia Dalangin Punzalan |

| | |
|---|---|
| 20-30070 | Julio Gabriel |
| 20-30208 | Dina Tagle |
| 20-30248 | Foad Ahmed Bony, II |
| 20-30343 | Jose Romeo Salgado and Socorro Fernandez Hernandez |
| 20-30458 | Naomi Howard |
| 20-30492 | Danielle Rector |
| 20-40005 | Vincent E. Gallegos and Madelaine M. Gallegos |
| 20-40018 | Patricia Lorraine Houston |
| 20-40182 | Barbara Jean Higginbotham |
| 20-40389 | Satrina Nicole Jackson |
| 20-40443 | Renel Luis Zamora and Yolanda Zamora |
| 20-40457 | Giao Vuxuan Nguyen |
| 20-40462 | Long Van Nguyen |
| 20-40493 | Wyeth Irwin Naler, II |
| 20-40546 | Alice L Descovich |
| 20-40547 | Edmundo S. Rodriguez and Olga M. Rodriguez |
| 20-40592 | Osy Augustine Ujuagu |
| 20-40704 | Thomas Richard Sartwell |
| 20-40724 | Lisa Diana Hernandez |
| 20-40788 | Bobby Ray Johnson and Debra Denise Johnson |
| 20-40921 | Marianna Teresa Bottari |
| 20-40969 | Heather English Outlaw and Dawn Leanne Gibson |
| 20-40986 | Latricia Marie Johnson-Terry |
| 20-41039 | Reinaldo Jose Mayorga |
| 20-41048 | Duane William Cushman |
| 20-50039 | Grace Lim Maniquis |
| 20-50100 | Maria Guadalupe Narez |
| 20-50104 | Janice Fay Pitre |
| 20-50117 | Darlene Maria Pugliese |

| | |
|---|---|
| 20-50194 | Jorge L Gutierrez and Gloria Gutierrez |
| 20-50200 | Edward Joseph Ditta |
| 20-50259 | Alexa Ada-Saucedo |
| 20-50278 | Fernando Munoz and Julie Rose Munoz |
| 20-50339 | Susan Jane Nettleton and Scott Alan Nettleton |
| 20-50368 | Armelito Ramirez Reyes |
| 20-50369 | Gustavo Jimenez |
| 20-50392 | Ahmed Youssef Zaki Abdelfattah |
| 20-50436 | Edward Gerard Ciliberti |
| 20-50607 | Jorge Garcia Huerta |
| 20-50643 | Shane Thomas Drexler |
| 20-50653 | Celso Lopez, Jr. |
| 20-50662 | Manuel Dorantes |
| 20-50666 | Denise Felix |
| 20-50697 | Feliciano Duyanen Javier, Jr. and Arline Aki Javier |
| 20-50776 | Anna Marie Campa Porda |
| 20-50789 | Noel Valencia Aspiras and Jennette Ilagan Aspiras |

20-30698   Jessie Merritt 2
20-30780   Janice L Genvo
20-30796   Gonzalo Andy Lazalde and Romana Macalinao Lazalde
20-51591   Edward Gerard Ciliberti